**Order entered February 12, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00132-CV

### JEFFORY G. SNOWDEN, Appellant

### V.

### BRIAN RAVKIND, TRACY EDMONDSON GAMBLE D/B/A FRISCO STRONG, AND MEGAN DEWOLFE, Appellees

### On Appeal from the 366th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 366-02116-2018

## ORDER

Before the Court is appellant's February 10, 2020 motion for extension of time to file the clerk's and reporter's records.

We **GRANT** appellant's motion. We **ORDER** Lynne Finley, Collin County District Clerk, to file by February 21, 2020, either the clerk's record or written verification that appellant did not pay the fee for the record by February 14, 2020. We caution appellant that if we receive written verification of non-payment, the appeal may be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

We **ORDER** Antoinette Varela, Official Court Reporter for the 366th Judicial District Court, to file, by March 2, 2020, either the reporter's record or written verification that appellant

did not pay the fee for the record by February 24, 2020. We caution appellant that if we receive written verification of non-payment, the Court may order the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk to send a copy of this order to Ms. Finley, Ms. Varela, and all parties.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE